UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-24369-PCH (Huck/Otazo-Reyes)

ENRIQUE MADRINAN,

    Plaintiff,

v.

VIRGINIA GARDENS SHOPPING
CENTER, LLC, et al.,

    Defendants.
_____/

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF
AND DEFENDANT VIRGINIA GARDENS SHOPPING CENTER, LLC**

Defendant VIRGINIA GARDENS SHOPPING CENTER, LLC ("Virginia Gardens"), by and through its undersigned counsel, on behalf of itself and Plaintiff, hereby gives notice that Plaintiff and Virginia Gardens have reached a settlement in principle and anticipate submitting appropriate settlement and/or dismissal papers within thirty (30) days.[1]

Dated:  June 14, 2017      Respectfully submitted,
       Boca Raton, FL

                                      *s/ Adam S. Chotiner*
                                      ADAM S. CHOTINER, ESQ.
                                      Florida Bar No. 0146315
                                      E-Mail: achotiner@sbwh.law
                                      SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
                                      7777 Glades Rd., Suite 400
                                      Boca Raton, FL  33434
                                      Tel:  (561) 477-7800
                                      Fax:  (561) 477-7722
                                      Counsel for Defendant Virginia Gardens Shopping Center, LLC

---

[1] The thirty (30) day period is due to Virginia Gardens' counsel being on vacation from June 24, 2017 through and including July 9, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Enrique Madrinan v. Virginia Gardens Shopping Center, LLC, et al.*
Case No. 1:16-cv-24369-PCH (Huck/Otazo-Reyes)
United States District Court, Southern District of Florida

| | |
|---|---|
| Rafael Viego, III, Esq.<br>E-Mail: rviego@jltrial.com<br>Mario E. Lopez, Esq.<br>E-Mail: mlopez@jltrial.com<br>Eric Matthew Rodriguez, Esq.<br>E-Mail: erodriguez@jltrial.com<br>Federal Disability Advocates<br>4300 Biscayne Blvd., Suite 305<br>Miami, FL  33137<br>Tel:   (305) 717-7530<br>Fax:  (305) 717-7539<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:   (561) 477-7800<br>Fax:  (561) 477-7722<br>Counsel for Defendant Virginia Gardens Shopping Center, LLC<br>*Via CM/ECF* |