UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-cv-24369-HUCK/McALILEY

ENRIQUE MADRINAN,

    Plaintiff,

v.

VIRGINIA GARDENS SHOPPING
CENTER, LLC., *et al.*,

    Defendants.
_____/

CLOSED CIVIL CASE

## ORDER

**THIS MATTER** is before the Court on Defendant Virginia Gardens Shopping Center, LLC's Notice of Settlement **[ECF No. 51]**, filed on **June 14, 2017**. It is hereby

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**. The case is **CLOSED**, and any pending motions are **DENIED AS MOOT**. The Court shall retain jurisdiction solely for the purpose of enforcing the settlement agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 30 day of June, 2017.

                                            Paul C. Huck
                                            United States District Judge

Copied provided to:
All counsel of record
Magistrate Judge Chris M. McAliley